IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN STANCAVAGE,<br><br>Plaintiff,<br><br>v.<br><br>NORTHUMBERLAND COUNTY, PENNSYLVANIA,<br><br>Defendant. | No. 4:24-CV-01973<br><br>(Chief Judge Brann) |

## ORDER

**APRIL 21, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Northumberland County's motion to dismiss (Doc. 8) is **DENIED**; and

2. Northumberland County shall file an answer in accordance with the Federal Rules of Civil Procedure.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge